UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COUNTY OF SUFFOLK, NEW YORK

                                            Plaintiff,

    -against-

GEORGE R. SIMPSON, JEAN SIMPSON,
CHARLOTTE SIMPSON, OFFICE
MANAGEMENT SYSTEMS CORP. and
SUFFOLK RESEARCH SERVICE, INC.,

                                            Defendants.
------------------------------------------------------------x

ANSWER TO COUNTERCLAIMS

CV-07-01644
Seybert, J.
Orenstein, M.J.

      Plaintiff, County of Suffolk, New York, by its attorney, CHRISTINE MALAFI, Suffolk County Attorney, as and for its Answer to the counterclaims of the defendants, George R. Simpson and Jean Simpson, alleges upon information and belief as follows:

      1.     The allegations contained in paragraphs numbered "41", "42", "43", "45", "46', '47', '48', '49' and '50' of the Answer and Counterclaim characterize the legal action being brought and purport to invoke the jurisdiction of the Court pursuant to the enumerated statutes and, as such, the Respondent County makes no answer save to demand strict proof thereof and to deny any conduct giving rise to any cause of action thereunder, leaving all questions of law to be determined by the Court..

      2.     Denies the allegations contained in paragraphs numbered "44", "51" and "52" of the Answer and Counterclaim.

<u>AS AND FOR PLAINTIFF, COUNTY OF SUFFOLK, NEW YORK 'S, ANSWERS TO THE DEFENDANTS' FIRST COUNTERCLAIM</u>

      3.     Answering paragraph numbered "53" of the Answer and Counterclaim, the Plaintiff, COUNTY OF SUFFOLK, NEW YORK, repeats, reiterates and realleges each and

1

every admission and denial to the paragraphs numbered "42" through "52" inclusive, with the same force and effect as if the same were set forth at length herein.

4. Denies the allegations contained in paragraph numbered "54" of the Answer and Counterclaim.

## AS AND FOR PLAINTIFF, COUNTY OF SUFFOLK, NEW YORK'S, ANSWERS TO THE DEFENDANTS' SECOND COUNTERCLAIM

5. Answering paragraph numbered "55" of the Answer and Counterclaim, the Plaintiff, COUNTY OF SUFFOLK, NEW YORK, repeats, reiterates and realleges each and every admission and denial to the paragraphs numbered "42" through "54" inclusive, with the same force and effect as if the same were set forth at length herein.

6. Denies the allegations contained in paragraphs numbered "56", "57" and "58" of the Answer and Counterclaim.

## AS AND FOR PLAINTIFF, COUNTY OF SUFFOLK, NEW YORK'S, ANSWERS TO THE DEFENDANTS' THIRD COUNTERCLAIM

7. Answering paragraph numbered "59" of the Answer and Counterclaim, the Plaintiff, COUNTY OF SUFFOLK, NEW YORK, repeats, reiterates and realleges each and every admission and denial to the paragraphs numbered "42" through "58" inclusive, with the same force and effect as if the same were set forth at length herein.

8. Denies the allegations contained in paragraphs numbered "60" and "61" of the Answer and Counterclaim.

WHEREFORE, Plaintiff, COUNTY OF SUFFOLK, NEW YORK, respectfully requests that this Court enter Judgment dismissing the within Counterclaims, together with costs,

disbursements, attorneys' fees and such other and further relief as to this Court may seem just and proper.

Dated: Hauppauge, New York
      May 1, 2008

                      Yours, etc.

                      CHRISTINE MALAFI
                      Suffolk County Attorney
                      Attorney for County Respondents
                      H. Lee Dennison Building
                      100 Veterans Memorial Highway
                      P.O. Box 6100
                      Hauppauge, New York 11788-0099
                      (631) 853-4851

                      *s/ Leonard G. Kapsalis*
By:                _____
                      Leonard G. Kapsalis (LGK 5852)
                      Assistant County Attorney

To:  George R. Simpson
      Jean Simpson
      P.O. Box 775
      Hampton Bays, NY 11946

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF SUFFOLK)

*Cathleen D. Moreira,* being duly sworn, deposes and says, that deponent is over 18 years of age and is associated with the Suffolk County Attorney.

That on the __1st__ day of May, 2008, deponent served the within ANSWER TO COUNTERCLAIMS in the matter of County of Suffolk v. George R. Simpson, *et al.* (CV-07-1644), upon the following defendants in this action at the addresses designated by defendants for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York:

To:
George Simpson
P.O. Box 775
Hampton Bays, NY 11946

Jean Simpson
P.O. Box 775
Hampton Bays, NY 11946

_____
Cathleen D. Moreira

Sworn to before me this
__1st__ day of May, 2008

_____
L. Adriana Lopez
Notary Public, State of New York
Cert No. 02L06145268
Qualified in Suffolk County
Commission Expires May 1, 2010