BEFORE: MICHAEL L. ORENSTEIN  DATE August 20, 2008
UNITED STATES MAGISTRATE JUDGE  TIME ON: 2:30
                                TIME OFF: _____

DOCKET# 07-1644            ASSIGNED JUDGE: SEYBERT

CASE NAME: County of Suffolk v. Simpson

## CIVIL CONFERENCE

Initial _X_   Status ___   Discovery ___   Settlement ___

Pretrial ___   Pre-Motion ___

Motion _____

ESR TIME # _____

APPEARANCES:   Plaintiff  _____

               Defendant  _____

Discovery completed by  _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference    8/28/08 at 10:00 AM
Pre-Trial Order filed by    _____

               Plaintiff   _____

               Defendant   _____

THE FOLLOWING RULINGS WERE MADE: Parties are very close to settlement. Court advised that pro se defendants each sign and acknowledge separately their agreement to settlement and the settlement be signed ~~individuality~~ individually before the notary.