UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

COUNTY OF SUFFOLK, NEW YORK      STIPULATION OF
                Plaintiff,      DISCONTINUANCE

           -against-      CV-07-01644

GEORGE R. SIMPSON, JEAN SIMPSON,      Seybert, J.
CHARLOTTE SIMPSON, OFFICE      Orenstein, M.J.
MANAGEMENT SYSTEMS CORP. and
SUFFOLK RESEARCH SERVICE, INC.,

               Defendants.

----------------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned pro se parties and attorneys of record for the parties to the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person who is not a party has an interest in the subject matter of the action, the within action be, and the same hereby is, discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| CHRISTINE MALAFI<br>Suffolk County Attorney<br>Attorney for County of Suffolk<br>100 Veterans Memorial Highway<br>Hauppauge, New York 11788-0099 | RICHARD TODD HUNTER<br>Attorney for Office Management<br>Systems Corp. and Suffolk Research<br>Service, Inc.<br>P.O. Box 337<br>Sagaponack, NY 11962 |
| *[signature]*<br>By: LEONARD G. KAPSALIS<br>     Assistant County Attorney<br>Dated: 8/26/08 | *[signature]*<br>By: RICHARD TODD HUNTER<br><br>Dated: 8/25/08 |

_____  
GEORGE R. SIMPSON

Dated: 8/23/08

_____  
JEAN SIMPSON

Dated: 8/23/08

_____  
CHARLOTTE SIMPSON

Dated: 8/23/08

State of New York, County of Suffolk, ss:

On the 23 day of August in the year 2008, before me, the undersigned, personally appeared George R. Simpson, Jean Simpson, and Charlotte Simpson, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that executed the same in their capacities, and that by their signatures on the instrument, the individuals, or the person upon behalf of which the individuals acted, executed the instrument.

_____  
Notary Public, State of New York

Chris R. Fragnito  
Notary Public, State of New York  
No. 01FR6087068  
Qualified in Suffolk County  
Commission Expires February 10, 20 11

SO ORDERED:

_____  
Hon. Joanna Seybert, U.S.D.J.

2