UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

COUNTY OF SUFFOLK, NEW YORK

             Plaintiff,

    -against-

GEORGE R. SIMPSON, JEAN SIMPSON,
CHARLOTTE SIMPSON, OFFICE
MANAGEMENT SYSTEMS CORP. and
SUFFOLK RESEARCH SERVICE, INC.,

             Defendants.

----------------------------------------------------------------x

STIPULATION OF
DISCONTINUANCE

CV-07-01644

Seybert, J.
Orenstein, M.J.

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned pro se parties and attorneys of record for the parties to the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person who is not a party has an interest in the subject matter of the action, the within action be, and the same hereby is, discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

*[Handwritten annotation: The Clerk of the Court is directed to mark this matter CLOSED and TERMINATE any pending motions.]*

CHRISTINE MALAFI
Suffolk County Attorney
Attorney for County of Suffolk
100 Veterans Memorial Highway
Hauppauge, New York 11788-0099

By: LEONARD G. KAPSALIS
     Assistant County Attorney

Dated: 8/26/08

RICHARD TODD HUNTER
Attorney for Office Management
Systems Corp. and Suffolk Research
Service, Inc.
P.O. Box 337
Sagaponack, NY 11962

By: RICHARD TODD HUNTER

Dated: 8/25/08

1

_[signature]_
GEORGE R. SIMPSON

Dated: 8/23/08

_[signature]_
CHARLOTTE SIMPSON

Dated: 8/23/08

_[signature]_
JEAN SIMPSON

Dated: 8/23/08

State of New York, County of Suffolk, ss:

On the 23 day of August in the year 2008, before me, the undersigned, personally appeared George R. Simpson, Jean Simpson, and Charlotte Simpson, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that executed the same in their capacities, and that by their signatures on the instrument, the individuals, or the person upon behalf of which the individuals acted, executed the instrument.

_[signature]_
Notary Public, State of New York

Chris R. Fragnito
Notary Public, State of New York
No. 01FR6087068
Qualified in Suffolk County
Commission Expires February 10, 20 11

SO ORDERED:

Central Islip, NY
August 27, 2008

_[signature]_
Hon. Joanna Seybert, U.S.D.J.

2